FILED

SEP 18 2019

CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF OHIO
CLEVELAND

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | INDICTMENT |
| Plaintiff, ) ) | CASE NO. 1:19 CR 550 |
| v. ) ) | Title 18, United States Code, Sections 922(g)(1) and 924(a)(2) |
| JONTAZ STANFORD, ) ) | |
| Defendant. ) | JUDGE PEARSON |

COUNT 1
(Felon in Possession of Firearm and Ammunition, 18 U.S.C. §§ 922(g)(1) and 924(a)(2))

The Grand Jury charges:

On or about February 21, 2019, in the Northern District of Ohio, Eastern Division, Defendant JONTAZ STANFORD, knowing he had previously been convicted of crimes punishable by imprisonment for terms exceeding one year, those being: Robbery with Firearm Specifications, on or about July 30, 2014, in Case Number CR-14-581963-A, in Cuyahoga County Common Pleas Court; Burglary, on or about August 12, 2010, in Case Number CR-10-538590-A, in Cuyahoga County Common Pleas Court; and Aggravated Robbery with a Firearm Specification, on or about August 12, 2010, in Case Number CR-10-535767-A, in Cuyahoga County Common Pleas Court, knowingly possessed in and affecting interstate commerce a firearm, to wit: a Glock, Model 43, 9mm pistol, bearing serial number ADFN028, and 12 rounds of 9mm ammunition, said firearm and ammunition having been shipped and

transported in interstate commerce, in violation of Title 18, United States Code, Sections 922(g)(1) and 924(a)(2).

A TRUE BILL.

Original document - Signatures on file with the Clerk of Courts, pursuant to the E-Government Act of 2002.